Tekoa T. GLOVER, Plaintiff—Appellant,

v.

Jon OZMINT, Director of South Carolina Department of Corrections in individual and official capacity; Richard E. Bazzle, Warden of Perry Correctional Institution in individual and official capacity; Stephen Claytor, Associate Warden of Perry Correctional Institution in individual and official capacity, Defendants—Appellees.

---

court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

No. 06–6448.

United States Court of Appeals,
Fourth Circuit.

Submitted July 20, 2006.

Decided July 27, 2006.

Tekoa T. Glover, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tekoa T. Glover appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glover v. Ozmint,* No. 0:06–cv–00122–HFF (D.S.C. filed Feb. 23, 2006 & entered Feb. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*